# EXHIBIT 1

Electronically Filed by Superior Court of California, County of Orange, 05/13/2021 01:05:29 PM.
30-2021-01201119-CU-WT-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Randi Baker, Deputy Clerk.
Case 2:21-cv-05497 Document 1-1 Filed 07/07/21 Page 2 of 8 Page ID #:20

LYON LEGAL, P.C.
DEVON M. LYON, ESQ. (State Bar No. 218293)
   Email: d.lyon@lyon-legal.com
MATTHEW B. PEREZ, ESQ. (State Bar No. 326350)
   Email: m.perez@lyon-legal.com
2698 Junipero Ave., Suite 201A
Signal Hill, CA 90755
(562) 216-7382 Telephone
(562) 216-7385 Facsimile

Attorney for Plaintiff,
**SOCHETRA SAO**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| SOCHETRA SAO, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>KELLY SERVICES USA, LLC, a California Corporation; PHILLIPS-MEDISIZE COSTA MESA, LLC, a California Corporation and DOES 1-10 inclusive,<br><br>        Defendants. | Case No.: *Assigned for all purposes* <br>*Judge Melissa R. McCormick* <br>30-2021-01201119-CU-WT-CJC<br><br>**COMPLAINT FOR DAMAGES**<br><br>1.   **RETALIATION IN VIOLATION CALIFORNIA GOVERNMENT CODE § 12940 (ENGAGING IN A PROTECTED ACTIVITY); AND**<br>2.   **WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY** |

# I.

# INTRODUCTION

On or about April 30, 2019, Mr. Sao was hired by Kelly Services USA, LLC and immediately assigned to work as a Medical Assembler with Phillips-Medisize Costa Mesa LLC. California. In or around June of 2019, Kelly and Phillips hired Mr. Michael Velasquez who was friends with Mr. Sao. Two weeks after Mr. Velasquez started working for Kelly and Phillips, Mr. Sao became knowledgeable that Mr. Velasquez was being subjected to severe racial discrimination and harassment by his co-workers. Mr. Sao encouraged Mr. Velasquez to complain to a supervisor about the harassment which Mr. Velasquez did on numerous occasions.

On the afternoon of July 2, 2019, Mr. Velasquez found a cell phone on the ground. On his way home, Mr. Velasquez was confronted by a Hispanic man who accused Mr. Velasquez of stealing his phone. Mr. Sao witnessed the exchange including, the Hispanic gentlemen calling Mr. Velasquez the N-word and threatening to physically assault Mr. Velasquez at work the next day.

On July 3, 2019, Donna Tran emailed Mr. Sao to inform him she was conducting an investigation into Michael Velasquez. Mr. Sao was instructed by email not to return to work because two men were being investigated for stealing the phone. Mr. Sao denied stealing the phone and confirmed the phone was returned to the Hispanic man. Mr. Sao reported the racial discrimination and harassment Ms. Tran.

On July 3, 2019, Ms. Tran contacted Mr. Sao to terminate his employment with Phillips without cause. Ms. Trans' accusations against Mr. Sao were simply a pretext to end his employment. The actual reason Mr. Sao was terminated was because he reported racial harassment and discrimination.

# II.

# PARTIES AND JURISDICTION

Plaintiff, SOCHETRA SAO, is informed and believes, and alleges thereon, the following:

1. Plaintiff, SOCHETRA SAO (hereinafter "Plaintiff") is, and at all times mentioned herein, a resident of the County of Los Angeles, and is a citizen of the State of California. At all times mentioned herein, Plaintiff is and was engaging in a protected activity.

2. Plaintiff is informed and believes, and thereon alleges that the acts pleaded herein were committed against him in the City of Costa Mesa, in Orange County, California.

3. Plaintiff is informed and believes, and thereon alleges that Defendant KELLY SERVICES USA, LLC, a Michigan Corporation, (hereinafter referred to as "KELLY") is a California Corporation located at 790 The City Drive South, Suite 150, Orange, California 92868. The agent for service of process in California is identified as Kelly Services USA LLC, 999 W. Big Beaver Rd., Suite 601A, Troy, MI 48084.

4. Plaintiff is informed and believes, and thereon alleges that Defendant PHILLIPS-MEDISIZE COSTA MESA, LLC, a Delaware Corporation, (hereinafter referred to as "PHILLIPS") is a California Corporation located at 3545 Harbor Avenue, Costa Mesa, California 92626. The agent for service of process in California is identified as Phillips-Medisize Costa Mesa, LLC, 818 West Seventh Street, Suite 930, Los Angeles, California 90017.

5. The true capacities of DOES 1 through 10, inclusive, whether individual, corporate, associate, or otherwise, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names. At all relevant times herein, each of the fictitiously-named Defendants was an employee, agent, servant, partner, member, shareholder, officer, director, managing agent, joint venture, co-conspirator, or alter ego of Defendants, and was acting within the course and scope of such agency or employment.

6. Each of the fictitiously-named Defendants is responsible for the wrongful acts alleged herein, and that Plaintiff's damages, as alleged herein, were proximately caused by such Defendants. Plaintiff will amend this Complaint to show the true names and capacities of said Defendants when they have been ascertained.

7. As used herein, the term '"Defendants" means all Defendants, both jointly and severally, and references by name to any named Defendant shall include all Defendants, both jointly and severally. Plaintiff is further informed and believes and thereon alleges that Defendants were acting within the purpose and scope of their agency and employment and with the knowledge and consent of each other.

///

8. Pursuant to Cal. Gov't Code § 12960 et seq., Plaintiff filed a retaliation charge against Defendant with the California Department of Fair Employment and Housing (DFEH) on May 21, 2020, less than three years from the date of most recent wrongful act (constructive termination.)

9. On May 21, 2020, Plaintiff received a Notice of Case Closure and Right to Sue Letter from the DFEH satisfying all administrative requirements necessary to proceed with the filing of this lawsuit in Superior Court.

### III.

### FACTUAL ALLEGATIONS

10. On or about April 30, 2019, Plaintiff was hired by Kelly and immediately assigned to work as a Medical Assembler with Phillips in Costa Mesa, California.  In or around June of 2019, Kelly and Phillips hired Mr. Michael Velasquez who was friends with Plaintiff.  Two weeks after Mr. Velasquez started working for Kelly and Phillips, Plaintiff became knowledgeable that Mr. Velasquez was being subjected to severe racial discrimination and harassment by his co-workers.  Plaintiff encouraged Mr. Velasquez to complain to a supervisor about the harassment which Mr. Velasquez did on numerous occasions.

11. On the afternoon of July 2, 2019, Plaintiff was given permission by Richard Prado to leave work early because he was ill and Mr. Velasquez went with Plaintiff.  On the way to Plaintiff's vehicle, Mr. Velasquez found a cell phone on the ground.  Mr. Velasquez picked it up so that it did not get damaged and intended to return it to management the next day.  On his way home, Mr. Velasquez was confronted by a Hispanic man who accused Mr. Velasquez of stealing his phone.  Plaintiff witnessed the exchange including, the Hispanic gentlemen calling Mr. Velasquez the N-word and threatening to physically assault Mr. Velasquez at work the next day.

12. On July 3, 2019, Donna Tran emailed Plaintiff to inform him she was conducting an investigation into Michael Velasquez.  Plaintiff was instructed via email not to return to work.  Plaintiff called Ms. Tran requesting additional information - Plaintiff was told that the two men were being investigated for stealing the phone.  Plaintiff denied stealing the phone and confirmed the phone was returned to the Hispanic man.  Plaintiff reported the racial harassment and

1   discrimination to Ms. Tran On July 3, 2019, Ms. Tran contacted Mr. Sao to advise him his
2   assignment with Phillips was finished.

3         13.    Phillips and Kelly are considered joint employers and are responsible for providing
4   Plaintiff with a safe working environment. Both failed in that endeavor. Additionally, Kelly's
5   failure to find Plaintiff a new assignment is in retaliation for his complaints about racial harassment
6   and discrimination.

**IV.**

**CAUSES OF ACTION**

**FIRST CAUSE OF ACTION**

**RETALIATION IN VIOLATION OF CALIFORNIA GOVERNMENT CODE § 12940**

**(ENGAGING IN A PROTECTED ACTIVITY)**

**(Against All Defendants)**

14.    The allegations of prior paragraphs are realleged and incorporated herein by reference.

15.    At all times herein mentioned, FEHA was in full force and effect and was binding on Defendants. These statutes require Defendants refrain from discriminating against an employee's race. Within the time provided by law, Plaintiff filed a complaint with the DFEH, in full compliance with administrative requirement, and received a right-to-sue letter.

16.    As detailed above, KELLY and PHILLIPS retaliated against Plaintiff for engaging in the protected activity of complaining about racial discrimination toward Mr. Velasquez.

17.    As a result of KELLY and PHILLIPS retaliation, Plaintiff has suffered an adverse employment action (i.e. termination of employment) and as a result has incurred lost wages.

18.    As a proximate result of KELLY and PHILLIPS's retaliation against Plaintiff for his engagement in protected activities, Plaintiff has suffered and continues to suffer from severe emotional distress.

19. KELLY and PHILLIPS's retaliation against Plaintiff for engagement in a protected activity was done intentionally, in a malicious and oppressive manner, entitling Plaintiff to damages.

20. Plaintiff has incurred and continues to incur legal expenses and attorney's fees in a sum according to proof which is entitled under the FEHA to collect if considered the prevailing party.

## SECOND CAUSE OF ACTION

## WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY

### (Against All Defendants)

21. The allegations of prior paragraphs are realleged and incorporated herein by reference.

22. Plaintiff believes and thereon alleges that the retaliation for engaging in the above stated protected activities was a substantial factor in KELLY and PHILLIPS' conduct as alleged above.

23. The above said acts of KELLY and PHILLIPS constitute violations of the FEHA and the public policy of the State of California embodied therein as set forth above.

24. As a result of the adverse employment action (termination), Plaintiff has incurred lost wages.

25. Under the cause of action, Plaintiff seeks an award of emotional distress and punitive damages.

## V.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for relief and judgment against Defendants and DOES 1-10, as follows:

1. For compensatory general damages including, losses arising from mental and emotional distress and other special and general damages according to proof at trial;

2. For lost past and future wages and benefits;

3. Interest;

4. For attorneys' fees and costs;

5. For restitution;

6. For injunctive relief including, reinstatement of position;

7. For punitive damages;

8. Any other relief deemed appropriate by the Court.

## VI.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a trial by jury.

LYON LEGAL, P.C.

Dated: May 13, 2021   By:   /s/Devon M. Lyon
DEVON M. LYON, ESQ.
MATTHEW B. PEREZ, ESQ.

Attorneys for Plaintiff,
**SOCHETRA SAO**